UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

GUY DELSON GELEERD, JR.

    Debtor.

Case No. 24-22234-MAM

Chapter 7

### DEBTOR'S EMERGENCY VERFIED MOTION
### FOR CONTINUATION OF THE AUTOMATIC STAY

### EMERGENCY HEARING REQUESTED
### REQUEST PURSUANT TO LOCAL RULE 9075-1

1. The Debtor believes that an exigency exists in that the automatic stay is scheduled to expire on December 21, 2024, due to a prior filing within the past twelve months.

2. The Debtor reasonably believes that this matter should be heard before December 21, 2024. The undersigned has contacted the Trustee regarding this matter.

*NOW COMES GUY DELSON GELEERD, JR.* (the "Debtor"), by and through his undersigned counsel, and pursuant to 11 U.S.C. §362(c)(3)(B) move this Honorable Court for an entry of an Order Continuing the Automatic Stay in this titled case as to all creditors for the life of the case or until the instant case is closed, (the "Motion"), and in support thereof states as follows:

### JURISDICTION

1. The United States Bankruptcy Court for the Southern District of Florida (the "Court") has Jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 157, 1334;

### VENUE

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## CORE PROCEEDING

3. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

## PREDICATE FOR RELIEF

4. The predicate for the relief requested herein is §362(c)(3)(B)) of the Bankruptcy Code.

## BACKGROUND

5. The Debtor filed the above-captioned instant voluntary Chapter 7 on November 21, 2024 (the "Petition Date"), [Dkt. No. 1], (the "Current Case"), in the Southern District of Florida West Palm Beach Division.

6. The Debtor had previously filed for relief under Chapter 13 by a voluntary petition filed in the Southern District of Florida West Palm Beach Division, on August 1, 2024, as case number 24-17880 (the "Prior Case"), within the previous 1-year period to the filing of the instant Chapter 7, which was dismissed August 30, 2024, and closed on October 1, 2024.

7. The Prior case was dismissed for not filing schedules and other required documents.

8. Different counsel filed the Debtor's prior case, and the Debtor believes there was no communication by other counsel after filing. Despite the Debtor's attempts at communication, irreconcilable differences with prior counsel and prior counsel's lack of communication and direction contributed to the dismissal of the prior case.

9. Since the dismissal of the Prior Case, the debtor's circumstances have substantially changed. The Debtor now has new counsel and is filing under Chapter 7 rather than Chapter 13. The debtor further anticipates that the new case will proceed without issue.

10. The Bankruptcy Code provides that an automatic stay goes into effect immediately upon the filing of a bankruptcy case and prohibits "any act to collect, assess, or

recover a claim against the debtor that arose before the commencement of the case[.]" 11 U.S.C. § 362(a)(6).

11. Pursuant to 11 U.S.C. § 362 (c)(3)(A), the automatic stay under §362(a) will terminate within thirty (30) days after filing when a prior case filed by debtors under chapters 7, 11, or 13 was dismissed within one year of the current bankruptcy filing.

12. Pursuant to 11 U.S.C. § 362(c)(3)(B), debtors may move the court to extend the automatic stay beyond the thirty-day period, and here the Debtor seeks under §362(c)(3)(B), to continue the automatic stay as to all creditors until the instant case is discharged or dismissed and closed.

13. The Debtor alleges that the filing of this current case is in good faith and that the presumption that the case is filed not in good faith under §362(c)(3)(c) does not arise in this case.

### *Grounds for Motions to Continue the Stay*:

14. The debtor has filed and undertaken this matter in good faith with the intent to liquidate and obtain a discharge under Chapter 7 of the bankruptcy code.

15. The prior dismissal was not for any reasons that involved bad faith. It was based on the Debtor's prior counsel not filing required documents or communicating with the Debtor. Research has shown that prior counsel was previously reprimanded by the Florida bar for the same conduct.

16. There was no issue of the debtor's bad faith, even alleged in the prior case.

17. This instant case is filed under Chapter 7 of the code, whereas the prior case was filed under Chapter 13. Thus, this is not just a refiling of another chapter 13 (or even 11); this instant filing is under a different type of chapter completely.

18. These substantial changes and issues, which have been pointed out, may allow the Debtor to obtain a discharge in Chapter 7 and further represent evidence of the Debtor's good

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b

faith filing.

19.　The Debtor is a defendant in at least two current lawsuits that were pending in the Circuit Court of Cook County, Illinois, before filing:

> (A) John Gabler, Jr. Capital Partners Fourteen, Michael Gabler v. Coughlin Geleerd LLC, Geleerd Law Group LLC and Guy Geleerd, Jr., 2015-L-003149, this is post-judgment proceeding, Re Malpractice - Post Judgment Proceedings - next court date 11/21/2024 – Judgment had been entered for $7,188,791.61 and citation proceedings are pending.
>
> (B) Irene TriantafillouIlias Triantafillou -vs- Guy Geleerd,Dean Matsas, currently pending under 2023-L-012250 re legal malpractice

20. Permitting citation proceedings to continue on any malpractice claim that does not even raise fraud and would otherwise be subject to the Chapter 7 discharge order would be unjust.

21. The hardship to the debtor outweighs any hardship to any plaintiff/party in interest that may be caused if the automatic stay is not continued.

22. The civil actions are connected to the bankruptcy case and would interfere with the bankruptcy proceeding if allowed to go forward; thus, the automatic stay is needed, and the automatic stay must be continued to all creditors.

23. Permitting the civil actions to go forward may jeopardize the bankruptcy estate because the Chapter 7 estate may bear any financial responsibility to defend the litigation. Thus, the automatic stay should be extended to all parties.

24. By the reasons set forth herein, the Debtor has established the present case was filed in good faith and in applying § 362(c)(3) to the matter at hand, and the court should determine this is a good faith filing and grant the Debtors motion to continue the stay to all creditors.

WHEREFORE, Debtor prays this Honorable Court for the entry of an order to Continue the Automatic Stay pursuant to 11 U.S.C. §362(c)(3)(B), as to all creditors for the life of the case or until the case is closed and for such other, further, additional or alternative relief that this Court deems just, proper or necessary under the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth and Local Rules 2090-1(A).

### VERIFICATION PURSUANT TO LOCAL RULE 4001-1(L)

I, Guy Delson Geleerd, Jr., declare under penalty of perjury and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on this 2nd Day of December 2024    12 / 02 / 2024

_____
Guy Delson Geleerd, Jr.
Guy Delson Geleerd Jr      12 / 02 / 2024

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent either electronically or by U.S. Mail to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 SW 1st Avenue, Room 1204, Miami, Florida 33130; Nicole Testa Mehdipour, Trustee, 6278 North Federal Highway, Suite 408, Ft. Lauderdale, FL 33308, and all creditors and interested parties attached on attached Creditors and Notice Parties Service List by 1st Class U.S. Mail this 2nd day of December, 2024.

### 24-22234-MAM Notice will be electronically mailed to:

Keith Labell on behalf of Creditor Loancare, LLC as the mortgage servicer for Lakeview Loan Servicing, LLC
keith.labell@decubaslewis.com, klabell@raslg.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com; ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

BMO Bank N.A. Department AIS Portfolio Services, LLC - ECFNotices@aisinfo.com

### LIST OF CREDITORS AND PARTIES IN INTEREST

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b

1
2   **AIS Portfolio Services LLC**
    Bankruptcy Servicer for BMO Bank NA
3   4515 N Santa Fe Ave Dept. APS
    Oklahoma City, OK 73118-7901
4
5
    **Avant LLC/Web Bank**
6   222 Merchandise Mart Plz Ste 900
    Chicago, IL 60654-1105
7
    **Bank Financial FSB**
8   15w060 N Frontage Rd # R
    Burr Ridge, IL 60527-7148
9
    **Bank of America, N.A.**
10  4909 Savarese Cir
    Tampa, FL 33634-2413
11
12  **BMO Bank N.A.**
    Po Box 6150
13  Carol Stream, IL 60197-6150

14  **BMO Harris CC TS2**
    Po Box 2008
15  Milwaukee, WI 53201-2008

16
    **BMO HARRIS CC TS2**
17  PO BOX 2008
    MILWAUKEE, WI 53201
18
    **Capital One Bank N.A.**
19  Po Box 9970
    Glen Allen, VA 23058-9870
20
21  **Capital One Bank USA**
    Po Box 31293
22  Salt Lake Cty, UT 84131-0293

23  **Capital One N.A.**
    by AIS InfoSource LP as agent
24  Po Box 71083
    Charlotte, NC 28272-1083
25
26  **Capital Partners Fourteen, LLC**
    1007 Tower Ct
27  Winnetka, IL 60093-1865

28

6

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b

**Capital Partners Fourteen, LLC**
Attn John or Michael Gabler
17w240 22nd St Ste 400
Oakbrook Ter, IL 60181-4733

**Capital Partners Fourteen, LLC**
Attn John Gabler, R.A.
18024 W Pond Ridge Cir
Gurnee, IL 60031-4533

**CCS/First National Bank**
500 E 60th St N
Sioux Falls, SD 57104-0478

**Citbank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Credit One Bank NA**
Po Box 98875
Las Vegas, NV 89193-8875

**De Cubas & Lewis, P.A.**
Attn Keith Labell
Po Box 5026
Ft Lauderdale, FL 33310-5026

**Dean Matsas**
C Dean Matsas & Associates PC
5441 1/2 N Lincoln Ave
Chicago, IL 60625-2222

**Department of Education**
Parent Plus Loan(s)
Po Box 1854
Monticello, KY 42633-4854

**Discover Bank**
Po Box 3025
New Albany, OH 43054-3025

**Discover Bank**

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b

Po Box 30939
Salt Lake Cty, UT 84130-0939

**First Premiere Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-4824

**Florida Department of Revenue**
5050 W Tennessee St
Tallahassee, FL 32399-6586

**Frank & De La Guardia**
Attn Michael A. Frank, Esq.
2000 Nw 89th Pl Ste 201
Doral, FL 33172-2618

**Illinois Department of Revenue**
Bankruptcy Unit
Po Box 19035
Springfield, IL 62794-9035

**Internal Revenue Service**
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

**Irene & Ilias Triantafillou**
1020 Des Plaines Ave Apt 218
Forest Park, IL 60130-2180

**James Ellis Gumbiner & Associates**
aka Gumbiner Injury Law Group
180 N Michigan Ave Ste 2100
Chicago, IL 60601-7478

**John Gabler**
c/o M. Corsi of Konicek & Dillion PC
21 W State St
Geneva, IL 60134-2238

**John Gabler**
18024 W Pond Ridge Cir
Gurnee, IL 60031-4533

**John Gabler and Michael Gabler**
C/0 Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd Ste 1000
West Palm Bch, FL 33401-2109

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b

| | |
|---|---|
| 1 | |
| 2 | **Joseph A. Stewart, Esq.**<br>The Peacock Law Group<br>161 N Clark St |
| 3 | Chicago, IL 60601-3206 |
| 4 | **JP Morgan Chase Bank**<br>Mail Code LA4-7100 |
| 5 | 700 Kansas Ln<br>Monroe, LA 71203-4774 |
| 6 | |
| 7 | **JPMCB Card Services**<br>Po Box 15369 |
| 8 | Wilmington, DE 19850-5369 |
| 9 | **Lakeview Loan Servicing, LLC**<br>4425 Ponce De Leon Blvd Stop 5-251 |
| 10 | Coral Gables, FL 33146-1837 |
| 11 | **Lauren Geleerd** |
| 12 | 7876 Granada Pl Unit 702<br>Boca Raton, FL 33433-6318 |
| 13 | **LoanCare LLC** |
| 14 | Attn: Bankruptcy<br>Po Box 8068 |
| 15 | Virginia Bch, VA 23450-8068 |
| 16 | **LoanCare Servicing** |
| 17 | 3637 Sentara Way<br>Virginia Bch, VA 23452-4262 |
| 18 | **Macys/DSNB** |
| 19 | Po Box 8218<br>Mason, OH 45040-8218 |
| 20 | |
| 21 | **Michael Gabler**<br>5925 Cleveland St |
| 22 | Morton Grove, IL 60053 |
| 23 | **Michael Gabler & John Gabler**<br>1007 Tower Ct |
| 24 | Winnetka, IL 60093-1865 |
| 25 | **Oberts Galasso Law Group**<br>Attn William B. Oberts, Esq. |
| 26 | 161 N Clark St Ste 600<br>Chicago, IL 60601 |
| 27 | |
| 28 | |

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b

Robert J. Shelist
205 N Michigan Ave Ste 810
Chicago, IL 60601-5902

Swanson, Martin & Bell, LLP
Attn Brian B. Bell, Esq,
330 N Wabash Ave Ste 3300
Chicago, IL 60611-3604

Syncb/Care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/Venmo
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

TBOM/Milestone
Po Box 4499
Beaverton, OR 97076-4499

THD/CBNA
Po Box 6497
Sioux Falls, SD 57117-6497

The Katz Law Firm
Attn Jeffrey Ogden Katz
161 N Clark St Ste 1600
Chicago, IL 60601-3338

Toyota Financial Services
Po Box 9786
Cedar Rapids, IA 52409-0004

Toyota Motor Credit Corporation
dba Lexus Financial Services
Po Box 9013
Addison, TX 75001-9013

Tribler Orpett & Meyer, P.C.
225 W Washington St Ste 2550
Chicago, IL 60606-3418

U.S. Department of Education
POB 69184 FedLoan Servicing POB 69184
Harrisburg, PA 17106-9184

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b

| | |
|---|---|
| 1 | |
| 2 | **Vahl Reporting Services**<br>42 Sherwood Ter Ste 2<br>Lake Bluff, IL 60044-2230 |
| 3 | |
| 4 | **Weissberg and Associates, Ltd.**<br>Attn: Ariel Weissberg<br>125 S Wacker Dr Ste 300<br>Chicago, IL 60606-4421 |
| 5 | |
| 6 | |
| 7 | |

Dated this 2nd Day of December 2024                Respectfully submitted,

                                                                                        **GUY DELSON GELEERD, JR (Debtor)**

                                                                                        By: /s/ J. Kevin Benjamin
                                                                                        Attorney for the Debtor

                                                                                        Benjamin Legal Services PLC
                                                                                        1016 West Jackson Blvd.
                                                                                        Chicago, Illinois 60607-2914
                                                                                        Phone: (312) 853-3100
                                                                                        Fax:     (312) 577-1707
                                                                                        EM:     Kevin@benjaminlaw.com
                                                                                        FL Bar No. 649171

Doc ID: 4ff9f66efa991893ff1abeeebaa6ee20784e137b